CURRICULUM VITAE

**JOHN G. PETERS, JR., Ph.D., CLS, CTC**
(rev. 10.09.2019)

## EDUCATION:

**Post-Graduate Courses/Programs**

See Appendix A.

**Doctor of Philosophy** (Applied Management & Decision Sciences), Walden University, Minneapolis, MN, 1999. Dissertation: The Patterns, Practices, and Managerial Impact of Sexual Harassment in a Southern Sheriff's Department with a Comparative Analysis to the United States Merit Systems Protection Board Findings. (Accredited by North Central Association of Colleges)

*Post-doctoral* **Master of Arts** (Career and Technical Education), School of Education, California State University, San Bernardino, 2013. (Accredited by Western States Association of Colleges)

**Master of Business Administration** (Marketing/Management), *With Distinction*, Graduate School of Management, Babson College, Wellesley, MA, 1978. (Accredited by New England Association of Colleges, and AACSB)

**Master of Science** (Public Relations), School of Public Communication, Boston University, Boston, MA, 1976. (Accredited by New England Association of Colleges)

**Bachelor of Science** (Criminal Justice), *Summa Cum Laude*, University of Baltimore, Baltimore, MD, 1975. (Accredited by Middle States Association of Colleges)

**Associate in Applied Science** (Police Science), *Cum Laude*; **Certificate in Corrections**, *Cum Laude*, Northern Virginia Community College, Annandale, VA, 1972. (Accredited by Southern States Association of Colleges)

## PROFESSIONAL EXPERIENCE:

2015 – Present: **IPICD Center for Excellence in Event Reconstruction**, Henderson, NV. Developed this Center within the Institute for the Prevention of In-Custody Deaths, Inc. Held the first international "Law Enforcement Camera-based Systems" symposium in June 2015, with 3 countries represented.

2014 – Present: **IPICD Online Training Center**, Henderson, NV. Co-developed this online training center to offer instructor updates, requalification, and independent courses. Developed and designed many of the course lessons, including narration.

2005 – Present.  **Institute for the Prevention of In-Custody Deaths, Inc.**  Henderson, NV. President, Chief Learning Officer.  Administrative, teaching, plus curricula and instructional design, operational guidance, research project manager, and implementation of arrest-related and sudden in-custody death identification, prevention, and investigative programs (including jail suicide) for criminal justice, emergency responders, correctional, and medical agencies across the globe. Program developer/writer of several training aids:  informational video, text, seminal electronic applications, instructor and basic training workbooks and support materials, etc., in addition to identifying and synthesizing the literature on arrest-related and sudden in-custody deaths (e.g., metabolic acidosis, agitated delirium, "excited delirium", asphyxia issues, etc.). Assisted a Texas Sheriff's Department in the monitoring of a United States Department of Justice Civil Rights Division investigation of its large correctional facility. Developed and sponsored the first and subsequent international sudden death, excited delirium conferences in 2006-2018. Developed and sponsored the first Forensic Analyst Program on Delirium and Sudden, In-Custody Death (2009), the first ECD Forensic Analyst™ Program (2010), and co-developed first law enforcement wheelchair program (2016). Developed and sponsored the first restraint symposium, April 2014, and contacting and managing special needs individuals' symposium (2017). Conducted the first scientific field setting research of The WRAP Restraint (with A. David Berman, M.S.). Editor, *Clinical Significance™* quarterly newsletter. Conducted an on-site visit to Singapore Prison Service (SPEAR Force) in 2014 where lesson plans, assessments, and defensive tactics programs (handcuffing, baton, OC, and unarmed self-defense) were evaluated and recommendations provided.

1982 - Present: **Defensive Tactics Institute, Inc.**  Henderson, NV.  Founder, Vice Chairman, Chief Operating Officer, and senior instructor.  President, 1982 - 1995.  Administrative, marketing, public relations, financial, curricula design, teaching, plus the design, implementation and evaluation of less-than-lethal and non-lethal instructor and basic training programs for criminal justice agencies across the globe.  Develop policies, procedures, rules and regulations for agencies on use-of-force training and equipment.  See Appendix B for a list of programs taught.

1982 - Present: **John G. Peters, Jr. & Associates**, Las Vegas, NV. International consultant and project manager.  Consulting areas include police, correctional, security, and municipal practices; criminal justice products; civilian use-of-force; management studies; organizational diagnosis of criminal justice agencies; and, sexual harassment surveys and studies.  Sexual harassment database is the largest identified that focuses upon criminal justice agencies. Statistical data analysis of TASER® voluntary self-exposures and field uses. Consulted in over 250 criminal and civil cases as a consulting and/or an expert witness. AELE-Certified Litigation Specialist: Police Liability; Correctional Liability; Public Employment Law; and, Campus Law Enforcement.

1982:  **United States Secret Service Defensive Tactics Advisory Panel**, Washington, D.C. Member.  One of four defensive tactics instructors in the United States appointed to this pioneering panel.  The Panel's purpose was to design and update existing self-defense tactics for the U.S. Secret Service (including the Presidential Protection Detail, and the Uniformed Division).

1982 - 1995: **Reliapon Police Products, Inc.**, Albuquerque, NM. Founder. President. Former Chairman of the Board, and Vice President of Marketing and Communications (1983 - 1994). Responsibilities included the overseeing of administrative, marketing, public relations, financial, and senior management matters of this specialized mail order, wholesale, video production, and publishing firm. Recruited and managed nationwide sales representatives. Products sold in the United States and abroad. Sold the company in 1994. Supervised six people.

1992 - 1994: **Institute for Liability Management**, Gallagher-Bassett Services, Inc., Itasca, IL. Senior Associate. Responsible for the conducting of police department Liability Assessment Profile Surveys (LAPS), the review of LAPS, plus the consultation/ implementation of LAPS; the development and review of high-risk policies; the teaching of courses including: <u>Use-of-Force Instructor</u>, <u>Supervisory Responsibility and Liability Management</u>, <u>Pursuit Liability and Management</u>, etc.; and, criminal justice practices consultation.

1989 - 1991: **Impact Productions, Inc. and Impact Duplications**. Albuquerque, NM. Co-founder. Writer-Producer for video productions and scripts. Wrote and produced two criminal justice informational videos: <u>ASP Tactical Baton</u> and <u>Defensive Tactics With Electronic Restraints</u>.

1982 - 1985: **Tri-Sector Professional Development Institute, Inc.** Albuquerque, NM. Founder. Administrative, marketing, public relations, and other duties, including curricula design and teaching, consulting, plus the design, implementation, and evaluation of management and related training programs for governmental, corporate, and non-profit agencies. Programs included: public budgeting, criminal investigation management, management by objectives, first-line supervision, discipline, civil liability, and the writing of policies, procedures, and rules and regulations.

1979 - 1982: **PR-24 International Institute, Inc.**, Braintree, MA. President and founder. Administrative duties, training, plus the design, implementation, and evaluation of the PR-24 baton, Kubotan®, and other defensive tactics programs for criminal justice agencies. Instructed the *Los Angeles Police Department, the California Highway Patrol, the North Carolina Highway Patrol, the Las Vegas Metro Police, plus others*. Edited and published an international newsletter for instructors. Hosted the first PR-24 International instructor seminar.

1978 - 1979: **Public Systems Evaluation, Inc.**, Cambridge, MA. Senior Research Associate. Responsibilities included the conducting of literature reviews, attitudinal surveys, and topic area leadership in a project designed to assess and extend research findings in the area of police field services. Became one of the nation's leading authorities in the *management of criminal investigations*. Visited major California police departments in 1979 to obtain research and management reports on criminal investigation management.

1977 - 1978: **Braintree Police Department**, Braintree, MA. Staff Executive. In this *new* position, reported to, and assisted the Police Chief. Director of both the Administrative Bureau (7 divisions), the Planning and Research Unit, and liaison to the Auxiliary Police. Functionally reorganized the police department within the first three months. Responsible for the department budget (excess of $1 million). Tasks included writing, editing, and implementing policies,

procedures, rules and regulations, Special Orders, General Orders, special investigations, interviewing applicants, discipline, etc.

6/77 - 12/77: **Waltham Police Academy**, Waltham, MA.  Consultant.  In this new position, assisted the Academy Director with planning, organizing, coordinating, scheduling, and teaching.

1973 - 1977: **York County Sheriff's Department**, York, PA.  Deputy Sheriff.  Assignments included all areas of the criminal justice system: courts, corrections, and police.  Assigned to the District Attorney's Fugitive Squad in 1974.  Extensive experience in investigations and security techniques and applications.

1972 - 1973: **Northern York County Regional Police Department**, Dover, PA.  Police officer (self-defense specialist).  Pennsylvania's *first* regional police department.  Conviction rate: criminal arrests--100%; traffic arrests--95%.  Designed and instructed self-defense programs, including the PR-24 baton.

3/72 - 7/71; 6/69 - 6/70: **Federal Bureau of Investigation**, Washington, D.C.  Clerk.  Assigned to the Files and Communications Division.  Received extensive training in public speaking.  Instructed FBIRA Judo Club.  Received a *Letter of Commendation* from then FBI Director, J. Edgar Hoover.

## ACADEMIC EXPERIENCE:

See Appendix D for courses taught at academic institutions.

2011- Present:  **University of Phoenix**, Las Vegas, NV. Adjunct Faculty, School of Criminal Justice (Primary), and School of Business (Secondary).

2005-2006: **Neumann College**, Aston, PA. Adjunct faculty. Responsible for teaching in the Master of Leadership degree program.  Designed and taught online facilitator course for undergraduate and graduate faculty.

8/00- 12/04: **Millersville University**, Millersville, PA.  Adjunct faculty. Nominated for *Faculty of the Year, 2001* by Student Senate.

5/03 – 8/04: **Walden University**, Minneapolis, MN.  Adjunct Faculty, School of Management/Public Administration.  Supervised doctoral students in public administration areas, including but not limited to criminal justice, public safety, etc.

6/02 – 8/03:  **Regent University**, Alexandria, VA.  Assistant Professor. On-line course development.  Serve on Admissions Committee and Curriculum Committee, in addition to advising students. Integral part of the SACS review for program accreditation.

3/00 – 9/01: **Walden Institute**, Bonita Springs, FL.  Faculty.  Responsible for teaching the Institute's on-line *Certified Online Instructor Course*. See Appendix D.

9/00 – 6/02: **Regent University**, Alexandria, VA.  Adjunct faculty, Degree Completion Program.  Lead instructor for Groups #1A, 5A and 9A.  On-line course developer for the Regent DCP.

1/01 – 3/02: **Capella University**, Minneapolis, MN.  Core Faculty, Harold Able School of Psychology.  First, full-time, core faculty in industrial-organizational psychology.  Taught doctoral- and master-level courses. Served on doctoral- and master-level dissertation/thesis and comprehensive examination committees.  Coauthored, rewrote, and updated *organizational psychology* on-line course. Primary designer of *Police Psychology* certificate program, including *police organizational culture* course.

1/01 – 5/01:  **Elizabethtown College**, Elizabethtown, PA.  Adjunct faculty, Communications Division.

2000 – 1/01: **Capella University**, Minneapolis, MN.  Adjunct Faculty, Harold Able School of Psychology.  Responsible for teaching doctoral- and master-level courses. Served on doctoral and comprehensive committees. Advised doctoral and master-level learners.

1998 –1/01: **Eastern College**, St. Davids, PA.  Affiliate faculty.  Responsible for teaching MBA courses and undergraduate courses in the School of Professional Studies.  Designed, *Information and Business Process Systems*, as an on- ground and on-line course in the Management of Information Systems program and the Adult Intensive Track.  Primary instructor for DCP Group # 208.

8/99-5/00: **Millersville University**, Millersville, PA.  One-year, full-time, temporary faculty appointment, Communication and Theatre Department.  Responsible for teaching three undergraduate courses.

1996 - 1998: **University of Alabama--Tuscaloosa**.  Adjunct faculty.  Responsible for teaching criminal justice courses in the Advanced Police Academy.

1978 - 1980: **Northern Essex Community College**, Haverhill, MA.  Lecturer.  Taught four courses.  Subject areas included the analysis, the design, the management, and the implementation of police-security programs via a systems approach.  Received the highest faculty evaluation of both full-time and part-time faculty.

**PROFESSIONAL COMMUNITY EXPERIENCE:**

2016-2019. **Palm Springs Writers Guild**, Rancho Mirage, CA. Appointed President by the Board of Directors in April 2016. Elected President, June 2016 and re-elected in 2017 and 2018. Member since 2014.

2012-2017: **Mountain Shadows Homeowners' Association**, Palm Desert, CA. Elected   to the Board of Directors (January 2012; Re-elected, February 2013; February 2014; Vice chairperson, November 2014, 2015-2017).