**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **LAVERNIA HARPER as the Personal** | § | |
| **Representative of the Estate of** | § | |
| **ARTHER MCAFEE, JR., and** | § | |
| **LORINE MCAFEE,** | § | **CIVIL ACTION NO. 2:18CV520** |
| *Plaintiffs,* | § | |
| | § | *JURY DEMANDED* |
| **vs.** | § | |
| | § | |
| **JEFF MCANDREWS and HARRISON** | § | |
| **COUNTY, TEXAS** | § | |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE**
**THE EXPERT TESTIMONY OF DR. JOHN G. PETERS**

On this day, the Court considered Defendant's Motion to Exclude the Expert Testimony of

Dr. John G. Peters.  After considering the motion and any response thereto, the Court finds that the

Motion has merit.  Therefore the Motion is hereby GRANTED and Dr. Peters' expert testimony is

EXCLUDED.  Neither Dr. Peters' testimony nor his report will be allowed as evidence in this case.