IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LAVERIA HARPER (as Personal Representative of the Estate of Arther McAfee, Jr.), | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:18-cv-00520-RSP |
| JEFF MCANDREWS and HARRISON COUNTY, TEXAS, | § § § | |
| Defendants. | § § | |

### VERDICT FORM

**QUESTION NO. 1:**

Do you find that the Estate has proven by a preponderance of the evidence that on January 20, 2018, Defendant Jeff McAndrews used excessive force, in violation of Arther McAfee's federal constitutional rights?

Answer "Yes" or "No": __No__

If you answered "yes" to Question 1, answer Questions 2.

If you answered "no" to Question 1, the Foreperson should sign and date the verdict form and give it to the Court Security Officer.

1

**QUESTION NO. 2:**

Do you find Sgt. McAndrews is entitled to the defense of qualified immunity as to Plaintiff's excessive force claim under the law given to you by the Court?

Answer "Yes" or "No": _____

After you have answered Question 2, answer Question 3.

**QUESTION NO. 3:**

Do you, by a preponderance of the evidence, find that Harrison County maintained an official policy of allowing a single officer to respond to a call for a welfare check on a mentally ill person, and that Harrison County was deliberately indifferent to the constitutional rights of its citizenry in that regard, and that Harrison County's alleged policy was the "moving force" leading to, or causing, the alleged constitutional violation asserted by The Estate of Arther McAfee, Jr.?

Answer "Yes" or "No": _____

After you have answered Question 3, answer Question 4.

**QUESTION NO. 4**:

Do you, by a preponderance of the evidence, find that Harrison County maintained an official policy of inadequate training on the use of a taser, and that Harrison County was deliberately indifferent to the constitutional rights of its citizenry in that regard, and that Harrison County's alleged policy of inadequate training was the "moving force" leading to, or causing, the alleged constitutional violation asserted by The Estate of Arther McAfee, Jr.?

Answer "Yes" or "No": _____

After you have answered Question 4, answer Question 5.

**QUESTION NO. 5**:

What sum of money would fairly and reasonably compensate the Estate of Arther McAfee, Jr. for—

1. Pain and mental anguish of Arther McAfee, Jr.

    Answer in dollars and cents for damages, if any.

    Answer: $_____

2. Funeral and burial expenses.

    Answer in dollars and cents for damages, if any.

    Answer: $_____

After you have answered Question 5, answer Question 6.

**QUESTION NO. 6**:

Do you, based on a preponderance of the evidence, find that Sgt. McAndrews is liable to The Estate for punitive damages, under the law given to you by the Court?

Answer "Yes" or "No": _____

If you answered "Yes" to Question 6, proceed to Question 7. Otherwise, do not answer any other questions, and the Foreperson should sign and date the verdict form and give it to the Court Security Officer.

**QUESTION NO. 7**:

What sum of money, if any, should be assessed against Sgt. McAndrews and awarded to The Estate of Arther McAfee, Jr., as exemplary damages, under the law given to you by the Court?

Answer in dollars and cents, if any.

Answer: _____